IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JANA SZARKA, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:21-cv-845

**BDH CUSTARD, INC., MILAZZO**     **DEFENDANTS**
**ENTERPRISES, LLC, BOBBY**
**MAIER and ANTHONY MILAZZO**

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff, as well as the claims of the collective of similarly situated individuals who joined the lawsuit. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**JANA SZARKA, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and **BDH CUSTARD, INC., MILAZZO ENTERPRISES, LLC, BOBBY MAIER and ANTHONY MILAZZO, DEFENDANTS**

Doherty & Progar LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
Telephone: (312) 630-9630
Facsimile: (312) 630-9001

*/s/ Joseph Pierotti*
Joseph Pierotti
jp@doherty-progar.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, certify that on March 14, 2022, a true and correct copy of the foregoing was served and filed using the Court's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Josh Sanford*
**Josh Sanford**