**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Jana Szarka
                          Plaintiff,

v.                                                  Case No.: 1:21−cv−00845
                                                      Honorable Sharon Johnson Coleman

Milazzo Enterprises, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 5/9/2022. Plaintiff's joint motion for approval of FLSA collective action settlement [53] is granted. Enter Order. Case is dismissed without prejudice for 30 days. If no motion to reinstate is filed by 6/10/2022, the dismissal shall automatically convert to one with prejudice with no further action from the Court. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.